■ SIGMUND GOLDSTEIN v. FRANK LENTINO CONSTRUCTION CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of 114 EAST 40TH CORPORATION against ELEANOR H. HULL et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ METROPOLITAN FUNERAL DIRECTORS ASSOCIATION, INC., v. E. JOSEPH ZEBROWSKI et al.— Motion to punish for contempt granted and defendants fined the sum of $250; and a reference is directed to Honorable ISIDORE WASSERVOGEL to hear and report with his recommendations thereon on the question of damages, costs, expenses and legal fees, etc. Settle order on notice. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of SAUL WANETICK et al., Doing Business as ALDUS WINE & LIQUOR STORE against STATE LIQUOR AUTHORITY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 31, 1959, with notice of argument for the May 1959 Term of this court. Upon the filing of the notice of argument and note of issue, the Clerk of this court is directed to place this appeal at the head of the Enumerated Calendar for April 29, 1959. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ NICHOLAS PSAROUDIS v. SONA PSAROUDIS.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ ROSELEEN G. MUSCOLINO v. ALFRED F. MUSCOLINO.— Motion granted only insofar as to correct the notice of appeal, as requested in the affidavit of Alfred F. Muscolino sworn to March 12, 1959, and to stay plaintiff from enforcing the alimony provisions of the judgment appealed from, upon condition that the appellant procures the printed record on appeal and printed appellant's points to be served and filed on or before April 16, 1959, with notice of argument for the May 1959 Term of this court, said appeal to be argued or submitted when reached; the time of the appellant to perfect his appeal is enlarged accordingly; in all other respects the motion is denied. Respondent's points are to be filed on or before May 1, 1959, and reply points on or before May 6, 1959. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of the Arbitration between ALFRED EISENSTEIN and HARRY REDNICK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points